# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT SMITH, | ) |
| Petitioner, | ) |
| | ) Civil Action No. 13-5 Erie |
| v. | ) |
| BOBBY MEEKS, | ) |
| Respondent. | ) |

## MEMORANDUM ORDER

This habeas action was received by the Clerk of Court on January 7, 2012 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rule of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [ECF No. 12], filed on June 7, 2013, recommended that the petition for writ of habeas corpus filed by Petitioner be denied. The parties were allowed fourteen (14) days from the date of service to file objections and Petitioner filed objections on June 24, 2013 [ECF No. 13]. After de novo review of the documents in the case, together with the Report and Recommendation and objections thereto, the following order is entered:

AND NOW, this 8th day of July, 2013;

IT IS HEREBY ORDERED that the petition for writ of habeas corpus filed by Petitioner is DENIED.

The Report and Recommendation [ECF No. 12] of Magistrate Judge Baxter, filed on June 7, 2013 is adopted as the opinion of the Court.

s/ Sean J. McLaughlin
Chief United States District Judge

cm: All parties of record
Susan Paradise Baxter, U.S. Magistrate Judge